**Order entered October 8, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00261-CV

## IN THE INTEREST OF C.R.K., A CHILD

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-50620-2010**

## ORDER

Before the Court is appellee's October 3, 2019 motion for a seventeen-day extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 28, 2019.

/s/     ERIN A. NOWELL
        JUSTICE